104 A.3d 1287

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Tyrone LOWE, Respondent.**

Supreme Court of Pennsylvania.

Nov. 25, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in reversing the Suppression Court's finding that erratic driving, combined with several behavioral factors recognized by the officer through his training and experience as evidence of [d]rug [i]ntoxication, constituted reasonable suspicion to conduct field sobriety testing[?]